UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MELODY EVANS CALDWELL                          CASE NO. 20-10368
602 OAKLEY ST.                                 JUDGE BENJAMIN A. KAHN
GRAHAM, NC  27253

   DEBTOR

SSN(1) XXX-XX-6108                             DATE: 01/12/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0016 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| ALAMANCE REGIONAL MEDICAL CTR<br>1240 HUFFMAN MILL RD<br>BURLINGTON, NC  27215 | $0.00<br>INT: .00%<br>NAME ID: 23755<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $16,417.30<br>INT: 6.25%<br>NAME ID: 144507<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 4855<br>COMMENT: 12LEXUS |
| AT&T UVERSE<br>P O BOX 5014<br>CAROL STREAM, IL  60197-5014 | $0.00<br>INT: .00%<br>NAME ID: 158247<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITY OF GRAHAM<br>P O DRAWER 357<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 31589<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| DEPT OF EDUCATION/NELNET LOANS<br>121 S 13TH ST<br>LINCOLN, NE  68508 | $0.00<br>INT: .00%<br>NAME ID: 123088<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GEORGE BROWN ASSOC<br>2200 CROWN POINT EXEC DR<br>CHARLOTTE, NC  28227 | $0.00<br>INT: .00%<br>NAME ID: 39449<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $5,870.11<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT: 17TX<br>COMMENT: OC,1120A,720A,520A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $10,043.23<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT: 1120A,520A,720A |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,043.02<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 5693<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0004 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 6108<br>COMMENT: OC |
| ONE MAIN FINANCIAL GROUP LLC<br>% CT CORPORATION SYSTEM<br>ATTN MANAGING AGENT OR OFFICER<br>160 MINE LAKE CT STE 200<br>RALEIGH, NC  27615 | $0.00<br>INT: .00%<br>NAME ID: 173329<br>CLAIM #: 0009 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | MONTHLY PMT  $574.48<br>INT: .00%<br>NAME ID: 126726<br>CLAIM #: 0005 | | (H) ONGOING-SECURED<br><br>ACCT: 5806<br>COMMENT:  DT,RE RP,CTD,EFF AUG20 |
| SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | $1,723.44<br>INT: .00%<br>NAME ID: 126726<br>CLAIM #: 0006 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 5806<br>COMMENT:  ARR,MAY THRU JUL20 |
| SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | $13,204.13<br>INT: .00%<br>NAME ID: 126726<br>CLAIM #: 0007 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 5806<br>COMMENT:  ARR THRU APR20 |
| **TOTAL:** | **$48,927.71** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,300.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/12/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice